**In re CONTINENTAL AUTOMOTIVE SYSTEMS U.S., INC., Appellant.**

No. 2014–1573.

United States Court of Appeals, Federal Circuit.

June 5, 2015.

Meredith Martin Addy, Katten Muchin Rosenman LLP, Chicago, IL, argued for appellant. Also represented by Mark Herbert Remus; John Caracappa, Stephanie Laura Roberts, Steptoe & Johnson, LLP, Washington, DC; Themi Anagnos, Deer Park, IL.

Kristi L.R. Sawert, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by Nathan K. Kelley, Scott Weidenfeller.

PROST, Chief Judge, CLEVENGER and SCHALL, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**